

# Jackson+Jackson

**Jody Forester Jackson**  Tel: (504) 599-5953

jjackson@jackson-law.net   Fax: (888) 988-6499

---

July 13, 2012

**VIA FACSIMILE: 504-589-7521**
Hon. Jane Triche Milazzo
United States District Court
Eastern District of Louisiana

    Re: Martin Schlesinger v. ES&H, Inc., at al
        Eastern District of Louisiana, United States District Court
        Case No.: 2:11-cv-00294
        Our File No.: LA-1044

Dear Judge. Milazzo:

    Please allow this letter to inform the court that the parties have reached a tentative settlement on all issues in this matter and that a 60-day order may be issued at this time.

    In addition, the Order issued today (Rec. Doc. 115) setting a status conference to be held on Thursday, July 19, 2012, should no longer be necessary.

    If you should have any questions, please feel free to call me at any time.

    Very truly yours,

                                        Sincerely,

                                        Jody Forester Jackson, Esq.

cc via email:
Elizabeth A. Roussel - Liz.Roussel@arlaw.com
Thomas J. McGoey II – tjmcgoey@liskow.com
Timothy Scott – tscott@laborlawyers.com
Christopher E. Moore – christopher.moore@ogletreedeakins.com

**New Orleans Office**
201 St. Charles Avenue, Suite 2500, New Orleans, Louisiana 70170

# FACSIMILE TRANSMISSION

**To:** Hon. Jane Triche Milazzo

**From:** Jackson
Jackson+Jackson
201 St. Charles Ave. #2500
New Orleans
LA          70170

**Phone:**
**Fax Phone:** +1 (504) 589-7521

**Phone:** +1 (504) 599-5953
**Fax Phone:** (888) 988-6499

**Note:**

**Date:** 7/13/2012

**Pages:** 2